# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Kermit Bayless,

            Plaintiff(s),

vs.

Clark County School District, et al.,

            Defendant(s).

**2:25-cv-00050-JAD-MDC**

**ORDER DENYING STIPULATION**

      **IT IS ORDERED** that the *Stipulation Extending Deadline for filing Discovery Plan* (ECF No. 18) is **DENIED WITHOUT PREJUDICE**. The stipulation is not in compliance with LR IA 6-2, which provides, in relevant part: "This signature block must not begin on a separate page; it must appear approximately 1 inch below the last typewritten matter on the right-hand side of the last page of the stipulation…." The parties may submit an amended stipulation in compliance with LR IA 6-2.

      DATED this 5th day of March 2025.

      IT IS SO ORDERED.

                                        _____

                                        Hon. Maximiliano D. Couvillier III
                                        United States Magistrate Judge