STEVEN T. JAFFE, ESQ.
Nevada Bar No. 7035
sjaffe@halljaffe.com

**HALL JAFFE, LLP**
7425 Peak Drive
Las Vegas, Nevada 89128
(702) 316-4111
Fax (702) 316-4114

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KERMIT BAYLESS,<br><br>        Plaintiff,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, a Nevada Public Governmental Entity; DOES Individuals, I through XX, inclusive; and, ROE CORPORATIONS AND BUSINESS ENTITIES I through XX, inclusive,<br><br>        Defendants. | Case No.:   2:25-cv-00050-JAD-MDC<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** |

      COMES NOW Plaintiff, KERMIT BAYLES, by and through his attorneys of record STEVEN T. JAFFE, ESQ. of HALL JAFFE, LLP, and Defendant, CLARK COUNTY SCHOOL DISTRICT, by and through its counsel of record, CRYSTAL J. PUGH, ESQ., and BETTY J. FOLEY, ESQ., of CLARK COUNTY SCHOOL DISTRICT OFFICE OF THE GENERAL COUNSEL, and hereby respectfully submit this Stipulation and Order, as follows:

      IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that any opposition or response to Defendant's Motion to Dismiss Plaintiff's First Amended Complaint [ECF No. 29] shall be due on June 13, 2025;

      IT IS FURTHER STIPULATED AND AGREED by and between the undersigned counsel that any reply brief shall be due on June 20, 2025.

This request for an extension is sought because Plaintiff Kermit Bayless is and has been in Monticello, New York, for several days, as his twin brother is being inducted into the International Boxing Hall of Fame. Mr. Bayless is attending the festivities related to the induction ceremony. Mr. Bayless will return to Nevada early next week, and Mr. Jaffe will be able to obtain his input and assistance in formulating an opposition to Defendant's Motion to Dismiss Plaintiff's First Amended Complaint.

The parties stipulate that this circumstance constitutes good cause for the relief sought.

| **HALL JAFFE, LLP** | **CLARK COUNTY SCHOOL DISTRICT** |
|---|---|
| By: /s/ *Steven T. Jaffe*<br>STEVEN T. JAFFE, ESQ.<br>Nevada Bar No. 7035<br>7425 Peak Drive<br>Las Vegas, Nevada 89128<br>*Attorney for Plaintiff* | By: /s/ *Betty J. Foley*<br>CRYSTAL J. PUGH, ESQ.<br>Nevada Bar No. 12396<br>BETTY J. FOLEY, ESQ.<br>Nevada Bar No. 14517<br>5100 W. Sahara Avenue<br>Las Vegas, NV 89146<br>*Attorneys for Defendants* |

**ORDER**

IT IS SO ORDERED.

Dated this 10th day of June, 2025.

_____
Jennifer A. Dorsey
United States District Judge