CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
CRYSTAL J. PUGH, ESQ.
Nevada Bar No. 12396
BETTY J. FOLEY, ESQ.
Nevada Bar No. 14517
5100 West Sahara Avenue
Las Vegas, Nevada  89146
Telephone: (702) 799-5373
Facsimile:  (702) 799-7243
herrec4@nv.ccsd.net
foleybj@nv.ccsd.net
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KERMIT BAYLESS,<br><br>         Plaintiff,<br><br>   v.<br><br>CLARK COUNTY SCHOOL DISTRICT, a Nevada Public Governmental Entity; DOES Individuals, I through XX, inclusive; and, ROE CORPORATIONS AND BUSINESS ENTITIES I through XX, inclusive,<br><br>         Defendants. | Case No.  2:25-cv-00050-JAD-MDC |

**STIPULATION AND ORDER TO RESCHEDULE
EARLY NEUTRAL EVALUATION**

COME NOW Plaintiff, KERMIT BAYLESS, by and through his attorneys of record STEVEN T. JAFFE, ESQ. of HALL JAFFE, LLP, and DEFENDANT CLARK COUNTY SCHOOL DISTRICT, by and through its counsel of record, CRYSTAL J. PUGH, ESQ., and BETTY J. FOLEY, ESQ., of CLARK COUNTY SCHOOL DISTRICT OFFICE OF THE GENERAL COUNSEL, who hereby respectfully submit this Stipulation and Order to reschedule the Early Neutral Evaluation.

By Order of this court dated June 5, 2025, the Early Neutral Evaluation ("ENE") in this case is currently scheduled for August 13, 2025. ECF No. 30. Pursuant to the Order, the parties

may submit a request to reschedule the ENE by a stipulation. The parties have met and conferred, and hereby respectfully request this Court reschedule the ENE to occur at a later date due to scheduling conflicts on August 13, 2025. Specifically, Defendant's client representatives are unable to attend the August 13, 2025 ENE because that is the first week of classes for students in the Clark County School District. Additionally, Plaintiff's counsel is scheduled to start a two-week trial beginning on August 11, 2025.

Pursuant to the Order (ECF No. 30), the parties submit the following five alternative dates: September 15, 2025, September 17, 2025, September 18, 2025, September 19, 2025, and September 25, 2025.

Dated: July 31, 2025

**HALL JAFFE, LLP**

By: /s/ Steven T. Jaffe
 STEVEN T. JAFFE, ESQ.
 Nevada Bar No. 7035
 7425 Peak Drive
 Las Vegas, Nevada 89128
 *Attorney for Plaintiff*

Dated: July 31, 2025

**CLARK COUNTY SCHOOL DISTRICT**

By: /s/ *Betty J. Foley*
 CRYSTAL J. PUGH, ESQ.
 Nevada Bar No. 12396
 BETTY J. FOLEY, ESQ.
 Nevada Bar No. 14517
 5100 W. Sahara Avenue
 Las Vegas, NV 89146
 *Attorneys for Defendants*

## ORDER

**IT IS SO ORDERED**. The Early Neutral Evaluation scheduled for August 13, 2025 is VACATED and **RESET** to **September 18, 2025 at 10:00 a.m. in Courtroom 3B.**

**IT IS FURTHER ORDERED** that written evaluation statements are due on September 11, 2025.

DATED: 8/4/2025

_____
UNITED STATES MAGISTRATE JUDGE